# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SON VAN NGUYEN,<br><br>    Petitioner,<br><br>v.<br><br>ANDRE MATEVOUSIAN, WARDEN,<br><br>    Respondent. | CASE NO. 1:15-CV-1817-SMS (HC)<br><br>ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION |

    Petitioner is a prisoner with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner is incarcerated at a United States penitentiary in Atwater, California. However, because Petitioner challenges the conviction in his petition, this case will be transferred to the district of conviction, the Eastern District of California, Sacramento Division.

    Venue in a habeas action is proper in either the district of confinement or the district of conviction. See 28 U.S.C. § 2241(d). Petitions challenging execution of sentence are preferably heard in the district where the inmate is confined. *See Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Petitions challenging conviction are preferably heard in the district of conviction. Habeas L. R. 2254-3(a) (b). "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court, may, on the court's own motion, be transferred to the proper court.

Here, Petitioner alleges that he is being held in violation of the constitution based on ineffective assistance of counsel and actual innocence. These alleged errors challenge his conviction. Petitioner was convicted by a jury in the United States District Court, Eastern District of California, Sacramento Division. Hence, venue in the Sacramento Division is preferred.

Therefore, it is hereby ORDERED that this action is transferred to the United States District Court for the Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated:   **December 11, 2015**                        **/s/ Sandra M. Snyder**
                                                      UNITED STATES MAGISTRATE JUDGE